UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: 1:22-cv-04853-LDH-VMS

| | |
|---|---|
| JOSHUA ADAMS,<br>          Plaintiff,<br>vs.<br><br>SONAAL INDUSTRIES, INC, and<br>FERRIS MITTLES INC.,<br>          Defendants. | **JOINT STIPULATION OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE** |

Plaintiff, and Defendants, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated November 21st 2022

By: /s/ Maria Costanza Barducci
    Maria-Costanza Barducci, Esq.
    BARDUCCI LAW FIRM PLLC.
    5 West 19th St., 10th Fl.
    New York, NY 10011
    Telephone: (212) 433-2554
    mc@barduccilaw.com
    *Attorneys for Plaintiff*

By: /s/ Michelle Malone
    Michelle Christine Malone, Esq.
    Helbraun & Levey LLC
    40 Fulton Street,
    Ste 28th Floor
    New York, NY 10038
    212-219-1193
    michelle.malone@helbraunlevey.com
    *Attorney for Defendants*

cc: Via CM/ECF